No. 252. JOHNSON *v.* GRAHAM, TRUSTEE, ET AL. December 23, 1946. Petition for writ of certiorari to the

Supreme Court of Tennessee denied. *John A. Armstrong* for petitioner. *Robert T. Kennerly,* Assistant Attorney General of Tennessee, for respondents. ▮